Peter J. Vlahakis, Plaintiff-Appellant, v. Erick W. Kuntze, Sr., Erick W. Kuntze, Jr., E. W. Kuntze & Sons Contractors, Country Acres Apartments, as Agent for Beneficiaries of LaSalle National Bank Trust No. 29385 and Unknown Owners, J. Kuntze Bldg. Corporation, Defendants-Appellees.

Gen. No. 54,864. 

First District, Fourth Division.

October 21, 1970.

Peter J. Vlahakis, pro se, of Des Plaines, appellant; Heinze, Downs & Cussen, of Palatine (George E. Downs, of counsel), for appellee. Opinion by JUSTICE DRUCKER. Not to be published in full.